# FILED

02/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0642

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**SUPREME COURT CAUSE NO. <u>DA 22-0642</u>**

| | |
|---|---|
| IN RE THE MARRIAGE OF: | ) ) SUPREME COURT CAUSE No. <u>DA 22-0642</u> |
| NATASHA GABSE, | ) ) |
| Appellee, | ) ) **ORDER GRANTING** |
| | ) **EXTENSION OF TIME** |
| vs. | ) ) |
| WOLFGANG MAXIMILLIAN GABSE, | ) ) |
| Appellant. | ) ) |

UPON REVIEW of the Appellant's *Request for Extension of Time* and with good cause being shown first;

IT IS HEREBY ORDERED that the Appellant has until April 6, 2023, to file the Opening Brief.

**ELECTRONICALLY DATED AND SIGNED BELOW.**

CC:
- Appellant, c/o Daniel J. Flaherty
- Appellee, Natasha Engelbrecht
  3424 14th Ave. S.
  Great Falls, MT 59405

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 22 2023